UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

HOLLY OLMSTEAD,

    Plaintiff,

v.

ST. ELIZABETH'S HOSPITAL OF
THE HOSPITAL SISTERS OF THE
THIRD ORDER OF ST. FRANCIS,

    Defendant.                      No. 12-cv-735-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court pursuant to Plaintiff's Notice of Acceptance of Offer of Judgment (Doc. 26) filed on September 23, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Notice, judgment is entered in favor of plaintiff, Holly Olmstead and against defendant, St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis. Attorney fees payable to plaintiff to be determined and that matter is reserved. This case is **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:    /s/*Sara Jennings*
                                                   **Deputy Clerk**

**Dated:** September 24, 2013

                        David R. Herndon
                        2013.09.24
                        10:59:15 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT